JS - 6

**FILED: 7/21/14**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *SAG-AFTRA,* ) | NO. CV 14-4496-GHK (JPRx) |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| *Layin' Low, LLC,* ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to our July 21, 2014 Order granting Petitioner SAG-AFTRA's Motion for Order Confirming Arbitration Award, **IT IS HEREBY ADJUDGED** that the arbitration award issued by Sara Adler on June 25, 2010 in favor of Petitioner and against Respondent in the sum of $168,711.89 is **CONFIRMED** in all respects.  **IT IS FURTHER ADJUDGED** that Respondent is liable for the $3,200 in attorneys' fees and costs that Petitioner incurred in bringing this Motion.  *See Int'l Union of Petroleum & Indus. Workers v. W. Indus. Maint., Inc.*, 707 F.2d 425, 428 (9th Cir. 1983).  However, Petitioner's Motion is **DENIED** insofar as Petitioner seeks an additional $105,850 in liquidated damages.

1    **IT IS SO ORDERED**.

2    DATED: July 21, 2014

3    _____

4                GEORGE H. KING
              Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28